JOHN E. CASPERSON, OSB No. 222434
HOLMES WEDDLE & BARCOTT, P.C.
3101 Western Avenue, Suite 500
Seattle, WA 98121
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: jcasperson@hwb-law.com

Attorney for Plaintiff NBSD, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NBSD, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The Vessel YTL431, its Engines, Machinery, Appurtenances, etc., *In Rem*, and FELIX VERA, *In Personam,*<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. 3:25-cv-01161-AN<br><br>**DECLARATION OF SALVAGE CHIEF, LLC IN SUPPORT OF PLAINTIFF'S MOTION SEEKING ORDER APPOINTING SUBSTITUTE CUSTODIAN** |

I, Nathaniel Holcom, pursuant to 28 U.S.C. § 1746, upon my personal knowledge, information and belief, certify as follows:

1. I am the General Manager of Salvage Chief, LLC ("SCLLC") with offices at 100 39th Street, Astoria, Oregon. SCLLC has extensive experience and ability to arrange for the movement, security, and safe keeping of vessels such as the YTL 431, its Engines, Machinery, Appurtenances, etc., as described in Plaintiff's Verified Complaint ("Vessel"). As part of its regular business, SCLLC regularly provides vessel services such as the

Department of Defense Vessels, Salvage Chief, Etc. and is capable of providing or arranging for the movement, security, and safe keeping of the Vessel.

2. I have read Local Admiralty Rule 1035 pertaining to the custody of property and am familiar with its provisions.

3. I am familiar with the defendant Vessel, at least to the extent of its size, type, construction material, and apparent condition and SCLLC personnel have visually inspected the Vessel and available moorage. The Vessel is currently in dry storage at the Port of Astoria in Astoria, Oregon and is under the control of SCLLC.

4. The cost of SCLLC acting as custodian of the Vessels are anticipated to be less than what the United States Marshal would charge for comparable services. SCLLC's quoted rate to act as Custodian will be based on the published rate of the Port of Astoria Boat Yard Rates, plus 15%, plus custodial insurance, plus 15%, all with a one month minimum. For the arrest and taking custody, securing the Vessel, consulting, supervision of vessel visits or moves and similar tasks, SCLLC will bill $75.00 per hour (per person) plus materials and expenses plus 15%.

5. SCLLC is beneficiary on a marine general liability insurance policy with limits of $1,000,000 covering custodial liability during arrest. This is in addition to any liability insurance that will be separately purchased by the U.S. Marshal. Plaintiff has agreed to hold harmless and indemnify the United States and the Marshal from all claims whatsoever arising out of the substitute custodian's possession and safekeeping.

6. On behalf of SCLLC, I agree to accept substitute custodianship of the



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

Vessel, including engines, machinery, and appurtenances, etc., and in accordance with the order appointing substitute custodian, SCLLC will attend at the arrest.

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this 26 day of June, 2025, at Astoria, Oregon.

Nathaniel Holcom, General Manager
Salvage Chief, LLC



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289