JOHN E. CASPERSON, OSB No. 222434
LAFCADIO DARLING OSB No. 220665
HOLMES WEDDLE & BARCOTT, P.C.
3101 Western Avenue, Suite 500
Seattle, WA 98121
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: jcasperson@hwb-law.com

Attorney for Plaintiff NBSD, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NBSD, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The Vessel YTL431, its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>Defendant. | IN ADMIRALTY<br><br>Case No. 3:25-cv-01161-AN<br><br>**DECLARATION OF JAMIE O'NEILL**<br>IN SUPPORT OF PLAINTIFF'S SECOND MOTION SEEKING ORDER APPOINTING SUBSTITUTE CUSTODIAN |

I, Jamie O'Neill, pursuant to 28 U.S.C. § 1746, upon my personal knowledge, information and belief, certify as follows:

1. I am a Member and Manager of Vessel Management Company LLC. ("VMC") with offices at 6012 Seaview Avenue NW, Suite A, Seattle, WA 98107-2657. Plaintiff NBSD, LLC ("NBSD") has asked VMC to act as Substitute Custodian for the Defendant vessel YTL431, which is described in Plaintiff's Amended Verified Complaint.

VMC and its personnel have extensive experience making arrangements for security and safe keeping of vessel such as the YTL431. VMC personnel have extensive experience working with and on vessels like this, is acquainted with the Vessel and the ports in which it is believed to be moored, and is aware of its general condition and needs.

2. I have read Local Admiralty Rule 1035 pertaining to the custody of property and am familiar with its provisions.

3. Neither myself nor any VMC personnel are a party to this action and have no interest in the outcome of this action in which the Defendant vessel F/V YTL431 will be under arrest.

4. I am generally familiar with the Defendant Vessel, at least to the extent of its size, type, construction material, and apparent condition. To the best of our knowledge, the Vessel has been hauled out of the water at Pier 39 in Astoria, in Clatsop County, Oregon, and is not actively operating. VMC personnel are capable of attending the Vessel at its location in Astoria, Oregon, and are prepared to have representatives regularly monitor the Vessel's condition and status.

5. The cost of VMC acting as custodian of the Vessel is anticipated to be less than what the United States Marshal would charge for comparable services. VMC's quoted rate to act as Custodian for this vessel will be $75.00, per day, with a one month minimum. There is also an initial arrest charge of $2,000 for attending the arrest, securing and inventorying the vessel. There is a further annual charge of $1,000 to cover VMC's



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

liability insurance, to be charged initially upon arrest and, if applicable, renewed annually. In addition, if VMC is required to take additional unexpected steps to maintain custody and safekeeping of the vessel (such as a casualty or need to move the vessel) VMC will bill $200 per hour (per person). All out-of-pocket costs associated with the custody of the Vessel (such as moorage/storage, maintenance costs, materials, and similar expenses) will be charged to Plaintiff NBSD at actual cost. NBSD has agreed to be responsible for and pay VMC for all arrest costs.

6. VMC is beneficiary on a marine general insurance policy issued by Capitol Specialty Ins. Co., Great American Alliance Ins Co, and Great American Insurance Company (Policy No. OMH3484469-09) with limits of $2,000,000 covering custodial liability during arrest and naming the U.S. Marshals Service as an additional insured. A true and correct copy of the Certificate of Liability Insurance is attached hereto as **Exhibit 1**. This is in addition to any liability insurance that will be separately purchased by the Marshals Service. Plaintiff has agreed to hold harmless and indemnify the United States and the Marshals Service from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping.

7. While the Vessel is under arrest, no individuals will be permitted to board or enter the Vessel unless and until VMC approves of such entry and the person(s) to board the vessel sign the form of Waiver/Release that is attached hereto as **Exhibit 2**.

8. On behalf of VMC, I agree to accept substitute custodianship of the



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

Defendant Vessel YTL431, including engines, machinery, appurtenances, etc. In accordance with the order appointing substitute custodian, Vessel Management Company, Inc. will attend at the arrest and accept custody from the U.S. Marshal.

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this 23rd day of February, 2026, at Seattle, Washington.

Jamie O'Neill - Manager and Member
Vessel Management Company LLC



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289